UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
----------------------------------X
                                   :
MARISEL FERNANDEZ                  :        Chapter 7
                                   :
                                   :        Case # 21-10012
----------------------------------X
```

ORDER

AND NOW, this 29th day of January 2021, upon consideration of the Application for Final Extension of Time to File Required Papers it is hereby ORDERED that Debtor is granted a final extension through February 8th , 2021, to file the required papers.  No further extensions will be granted.

USBJ
Hon. Patricia M. Mayer