Certificate Number: 06501-PAE-DE-035470941

Bankruptcy Case Number: 21-10012



06501-PAE-DE-035470941

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 17, 2021</u>, at <u>5:22</u> o'clock <u>PM CDT</u>, <u>Marisel Fernandez</u> completed a course on personal financial management given <u>by internet</u> by <u>Arbor Investments LTD.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 17, 2021</u>          By:     <u>/s/Carlo Skrupa</u>

                                                                            Name:   <u>Carlo Skrupa</u>

                                                                            Title:   <u>Program Manager</u>