United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10012-pmm |
| Marisel Fernandez | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 07, 2021 | Form ID: 318 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marisel Fernandez, 1950 S. Delaware Drive, Mt. Bethel, PA 18343-5238 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14575393 | | Audi Financial Services, P.O. Box 5205, Carol Stream, IL 60197-5205 |
| 14575443 | | CFI Resorts Management Inc., 2801 Old Winter Garden Rd., Ocofee, FL 34761-2965 |
| 14575446 | + | Ebay Collections, 2145 Hamilton Avenue, San Jose, CA 95125-5905 |
| 14575445 | | Fitness Sales Net LLC, 13046 Race Track Rd. Ste. 262, Tampa, FL 33626-1302 |
| 14575408 | + | NJ EZ Pass, 375 McCarter Hwy., Newark, NJ 07114-2563 |
| 14575422 | + | NY EZ Pass, P.O. Box 15187, Albany, NY 12212-5187 |
| 14575423 | | PSE&G, P.O. Box 14444, New Brunswick NJ 08906-4444 |
| 14575444 | | Raymour & Flanigan, P.O. Box 130, Liverpool, NY 13088-0130 |
| 14575434 | + | Star Wellness, P.O. Box 5386, Bethlehem, PA 18015-0386 |
| 14575425 | | Suez Water New Jersey, P.O. Box 371804, Pittsburgh, PA 15250-7804 |
| 14575442 | | TD Bank NA, P.O. Box 100290, Columbia, SC 29202-3290 |
| 14575431 | | United Teletech Financial, P.O. Box 37603, Philadelphia, PA 19101-0603 |
| 14575432 | | Verizon Wireless, P.O. Box 16810, Newark, NJ 07101-6810 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | May 08 2021 03:13:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | EDI: PENNDEPTREV | May 08 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2021 02:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 08 2021 02:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14575392 | + | EDI: CINGMIDLAND.COM | May 08 2021 03:13:00 | AT&T Mobility, P.O. Box 537104, Atlanta, GA 30353-7104 |
| 14575391 | | EDI: AMEREXPR.COM | May 08 2021 03:13:00 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14575400 | | EDI: CAPITALONE.COM | May 08 2021 03:13:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14575401 | + | EDI: CAPITALONE.COM | May 08 2021 03:13:00 | Capital One Services, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14575402 | EDI: CITICORP.COM | May 08 2021 03:13:00 | Citi Cards, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 14575405 | EDI: WFNNB.COM | May 08 2021 03:13:00 | Comenity-Wayfair, P.O. Box 659617, San Antonio, TX 78265-9617 |
| 14575406 | EDI: DISCOVER.COM | May 08 2021 03:13:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 14575407 | Email/Text: bk@freedomfinancialnetwork.com | May 08 2021 02:16:00 | Freedom Plus, P.O. Box 2340, Phoenix, AZ 85002-2340 |
| 14575441 | EDI: CITICORP.COM | May 08 2021 03:13:00 | Home Depot Credit Service, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 14575424 | Email/Text: dl-csgbankruptcy@charter.com | May 08 2021 02:29:00 | Spectrum, P.O. Box 11820, Newark, NJ 07101-8120 |
| 14575426 | EDI: RMSC.COM | May 08 2021 03:13:00 | Synchrony Bank - Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14575427 | EDI: RMSC.COM | May 08 2021 03:13:00 | Synchrony Bank Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14575428 | EDI: RMSC.COM | May 08 2021 03:13:00 | Synchrony Bank Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14575430 | EDI: TFSR.COM | May 08 2021 03:13:00 | Toyota Financial Services, P.O. Box 9490, Cedar Rapids, IA 52409-9490 |
| 14575429 | EDI: TFSR.COM | May 08 2021 03:13:00 | Toyota Motor Credit Corp., P.O. Box 5236, Carol Stream, IL 60197-5236 |
| 14575403 | EDI: CITICORP.COM | May 08 2021 03:13:00 | Tractor Supply, P.O. Box 9001006, Louisville, KY 40290-1006 |
| 14575433 | EDI: VERIZONCOMB.COM | May 08 2021 03:13:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: 318 | Total Noticed: 39 |

on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

ROBERT H. HOLBER

trustee@holber.com rholber@ecf.axosfs.com

ROBERT MICHAEL KLINE

on behalf of Debtor Marisel Fernandez Pacer@squirelaw.com rmklinelaw@aol.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Marisel Fernandez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5918<br>EIN   82-3908813 |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 21-10012-pmm | |

# Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marisel Fernandez
aka Marisel Opina-Giraldo, dba Multi Universal
Taxes LLC

<u>5/6/21</u>                                                                 **By the court:**   <u>Patricia M. Mayer</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**